IN THE DISTRICT COURT OF THE UNITED STATES

For the Western District of New York

THE UNITED STATES OF AMERICA

-vs-

JEROLD WALKER,

                Defendant.

14-CR-

# SEALED INDICTMENT

This Cover Sheet should be removed upon the unsealing of the Indictment

# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**JEROLD WALKER a/k/a Rocco**

APRIL 2014 GRAND JURY
(Impaneled 04/05/14)

**INDICTMENT**

Violations:
Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A)(iii);
Title 21, United States Code, Section 846

(3 Counts and Forfeiture Allegation)

## COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

Between in or about 2012, the exact date being unknown to the Grand Jury, and on or about November 2, 2013, in the Western District of New York, the defendant, **JEROLD WALKER a/k/a Rocco**, did knowingly, willfully and unlawfully combine, conspire and agree with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, a quantity of a mixture and substance containing cocaine base, a Schedule II controlled substance, and a quantity of a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

**(Possession and Discharge of Firearm in Furtherance of a Drug Trafficking Crime)**

**The Grand Jury Further Charges That:**

On or about November 2, 2013, in the Western District of New York, the defendant, **JEROLD WALKER a/k/a Rocco**, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully use, carry and discharge, and in furtherance of such crime, did knowingly and unlawfully possess and discharge, a firearm, namely, one (1) Romarm/Cugir, Model WASR 10/63, 7.62 caliber rifle, bearing serial number GT-3221-76.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).**

## COUNT 3

**(Felon in Possession of Firearm and Ammunition)**

**The Grand Jury Further Charges That:**

On or about November 2, 2013, in the Western District of New York, the defendant, **JEROLD WALKER a/k/a Rocco**, having been convicted on or about April 25, 1997, in County Court, Ontario County, New York; on or about February 4, 2000, in County Court, Chemung County, New York; and on or about July 24, 2001, in County Court, Monroe County, New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, one (1) Romarm/Cugir, Model WASR 10/63, 7.62 caliber rifle, bearing serial number GT-3221-76, and ammunition, namely, 30 rounds of 7.62 x 39 caliber ammunition.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

### FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of any of the offenses alleged in this Indictment, the defendant, **JEROLD WALKER a/k/a Rocco**, shall forfeit to the United States, all of his right, title and interest in any firearms and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

a) one (1) Romarm/Cugir, Model WASR 10/63, 7.62 caliber rifle, bearing serial number GT-3221-76; and

b) ammunition, namely, 20 rounds of 7.62 x 39 caliber ammunition.

**All pursuant to the provisions of Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, December 2, 2014.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: s/Melissa M. Marangola
MELISSA M. MARANGOLA
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 510
Rochester, NY 14618
(585)399-3925
Melissa.Marangola@usdoj.gov

A TRUE BILL:

s/Foreperson
FOREPERSON