# MANDATE

W.D.N.Y.
18-cv-6334
14-cr-6182
Larimer, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of March, two thousand twenty- one.

Present:
    Richard J. Sullivan,
    Joseph F. Bianco,
    William J. Nardini,
        *Circuit Judges*.

_____

Jerold Walker,

        *Petitioner-Appellant*,

    v.                                     20-1652

United States of America,

        *Respondent-Appellee*.

_____

Appellant, pro se, moves for a certificate of appealability and in forma pauperis status. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit